AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>February 27, 2006 |
| NAME OF SERVER *(PRINT)*<br>Zachary Wolfe | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):   served Chief Charles H. Ramsey, in his official capacity, via certified mail with return receipt.
Delivered on February 27, 2006.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/2/06
                    Date                                    *Signature of Server*

1725 I Street, NW, Suite 300; Washington, DC 20006
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Chief Charles H. Ramsey
Metropolitan Police Department
300 Indiana Avenue, NW, 4th Fl
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*     7004 2510 0004 0649 2202

PS Form 3811, February 2004        Domestic Return Receipt          102595-02-M-1540

(1) As to who ma

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael L. Mentzer, et al.

**SUMMONS IN A CIVIL CASE**

V.

Charles H. Ramsey

CASE NUMBER 1:06CV00281

JUDGE: Colleen Kollar-Kotelly

CASI DECK TYPE: Employment Discrimination

DATE STAMP: 02/15/2006

TO: (Name and address of Defendant)

Charles H. Ramsey, in his official capacity as
Chief of the Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zachary Wolfe
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

FEB 15 2006

CLERK                                                    DATE

(By) DEPUTY CLERK



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 0649 2202**
Detailed Results:

- **Delivered, February 27, 2006, 3:13 pm, WASHINGTON, DC 20001**
- **Arrival at Unit, February 21, 2006, 7:35 am, WASHINGTON, DC 20066**

 < Back          Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

