## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*,    Plaintiff,      v.  CHARLES H. RAMSEY,  In His Official Capacity,    Defendant. | : : : : : :   C. A. No.1:06CV00281 (CKK) : : : : : : |

### CONSENT MOTION OF DEFENDANT
### TO EXTEND TIME TO RESPOND TO THE COMPLAINT

  Defendant, by and through the Office of the Attorney General, respectfully moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, this Court to extend the time for defendant to respond to the complaint from March 14, 2006 up to and including April 14, 2006. In support thereof the defendant states:

  (1). This an employment discrimination and retaliation case brought pursuant Title VII, the DC Human Rights Act and the DC Whistleblower Protection Act.

  (2). This case concerns allegations relating the Metropolitan Police Department's (MPD) handling, care and treatment and stabling of its horses.

  (3). Undersigned counsel has requested records from the MPD but no records have been received by undersigned counsel at this time.

  (4). These records are needed so that the defendant can file a more responsive pleading.

  (5). This is the defendant's first request for an extension of time.

  (6). This motion is filed prior to the deadline when the responsive pleading is due.

  (7). Counsel for plaintiffs was contacted on March 10, 2006 and he gave his consent to this motion.

  (8). Plaintiffs will not be prejudiced if this motion is granted.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General


GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH [471953]
Assistant Attorney General
Chief, Section II Civil Litigation


  /s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (2020 727-3625
E-mail: davida.jackson@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*, | : |
| Plaintiff, | : |
| v. | : C. A. No.1:06CV00281 (CKK) |
| CHARLES H. RAMSEY,<br>In His Official Capacity, | : |
| Defendant. | : |

### DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant was served with a complaint in this matter on or about February 22, 2006 and the answer is due on March 14, 2006.[1] Counsel for the defendant has requested and is in the process of obtaining records for Metropolitan Police Department. These records are needed so that defendant will be able to file the appropriate response to plaintiffs' complaint.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits an extension of time when a request is made prior to the expiration of the time originally prescribed. In this case, this motion is timely as the date for a response is not until March 14, 2006. Furthermore, counsel for plaintiffs has consented to this motion. No prejudice will result to plaintiffs by the granting of this motion.

WHEREFORE, defendant respectfully moves this Court to grant the instant Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] By filing this motion on behalf of Charles Ramsey, the named defendant does not waive any defensive arguments such as improper service.

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH [471953]
Assistant Attorney General
Chief, Section II Civil Litigation

   /s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (2020 727-3625
E-mail: davida.jackson@dc.gov