## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al*., | : |
| Plaintiff, | : |
| v. | : C. A. No.1:06CV00281 (CKK) |
| CHARLES H. RAMSEY,<br>In His Official Capacity, | : |
| Defendant. | : |

### ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, the Memorandum of Points and Authorities in Support thereof, the response thereto, if any, and the entire record herein, it is this _____ day of _____ 2006,

ORDERED that the Defendant's motion is GRANTED;

ORDERED that Defendant' response to the complaint shall be file on or before April 14, 2006.

_____
Judge Colleen Kollar-Kotelly
United States District Court
For the District of Columbia