UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. MENTZER, *et al*.,

    Plaintiff,

    v.                                C. A. No.1:06CV00281 (CKK)

CHARLES H. RAMSEY,
In His Official Capacity,

    Defendant.

ORDER

Upon consideration of Defendant's Charles Ramsey's Motion to Dismiss, the Memorandum of Points and Authorities in Support thereof, the opposition thereto, if any, and the entire record herein, it is this _____ day of _____ 2006,

ORDERED that the Defendant's motion is GRANTED; and it is

ORDERED that this matter be DISMISSED.

So ordered.

                                      _____
                                      Judge Colleen Kollar-Kotelly
                                      United States District Court
                                      For the District of Columbia