**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL L. MENTZER, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-281 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES H. RAMSEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DENYING DEFENDANT CHARLES RAMSEY'S
MOTION TO DISMISS**

Upon consideration of Defendant Charles Ramsey's Motion to Dismiss,

Plaintiffs' Opposition thereto, any Reply, and the record herein, it is this _____

day of May, 2006, hereby

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.


_____
UNITED STATES DISTRICT JUDGE


copies to:
counsel of record via ECF