UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*,    )<br>                                                        )<br>            Plaintiffs,                     )<br>                                                        )<br>      v.                                             )<br>                                                        )<br> CHARLES H. RAMSEY,            )<br>                                                        )<br>            Defendant.                   )<br>_____ ) | Civil Action No. 06-281 (CKK) |

### REPORT TO THE COURT OF LCVR 16.3 CONFERENCE

The parties, by and through undersigned counsel and pursuant to LCvR 16.3(d), respectfully submit this joint report to the court and proposed scheduling order.

**1.    Dispositive Motions**

Defendant Ramsey has filed a Motion to Dismiss; Plaintiffs filed an Opposition and the Defendant declined to file a Reply. The parties agree that there is no need to delay the start of discovery pending the outcome of that motion.

**2.    Joinder and Amendment; narrowing of issues**

The parties do not anticipate joinder of additional parties or amendment of the pleadings, unless the Court determines that a defendant should be substituted after consideration of the briefings on Defendant's pending motion. The parties agree that any joinder or amendment shall occur no later than 30 days after the Court rules on Defendant's pending motion.

No factual or legal issues appear ripe for narrowing at this time.

**3.    Assignment to Magistrate Judge**

The parties do not believe this case should be assigned to a Magistrate Judge.

**4.** **Settlement**

The parties are hopeful that the case may be resolved by settlement, but that serious discussions must await resolution of the Defendant's motion and initial discovery.

**5.** **ADR**

The parties and counsel believe that ADR may be appropriate after the close of discovery, if not otherwise settled.

**6.** **Resolution by summary judgment or motion to dismiss; motions deadlines**

Defendant believes that the case may be resolved in whole or in part at some future date. Plaintiffs do not believe the case will be suited to summary disposition of all questions. The parties have agreed to a January 15, 2007, deadline for filing dispositive motions.

**7.** **Initial disclosures**

The parties have agreed to serve initial disclosures by June 15, 2006.

**8.** **Discovery**

The parties agree that a six-month discovery period appears appropriate in this case, with discovery to close on December 1, 2006. Given the nature of this litigation, a limited protective order concerning third party disclosure of certain documents may be appropriate. The parties will revisit this issue as the relevant documents are identified in the course of discovery and will seek to arrive at a stipulated protective order, if necessary, before filing any motions for protective orders with the Court. The parties agree that no modification of the presumptive discovery limits under the Rules of this Court are necessary at this time.

**9.     Expert witnesses**

The parties agree that no modification of Rule 26(a)(2) is necessary at this time. Depositions of experts may occur at any time during the discovery period.

**10.     Class Actions**

This is not a class action lawsuit.

**11.     Bifurcation**

The parties agree that it appears that bifurcation of trial and discovery will not be necessary in this case.

**12.     Pretrial conference date**

The parties agree that the pretrial conference should be set for February 15, 2007, or the Court's first available date thereafter.

**13.     Trial date**

The parties agree that the Court should set the trial date at the pretrial conference.

                              Respectfully submitted,

| | |
|---|---|
| /s/ Zachary Wolfe (463548) | ROBERT J. SPAGNOLETTI |
| People's Law Resource Center | Attorney General |
| 1725 I Street, NW, Suite 300 | |
| Washington, DC 20006 | GEORGE VALENTINE |
| (202) 265-5965 | Deputy Attorney General |
| (202) 250-6712 – facsimile | Civil Litigation Division |
| | |
| | NICOLE L. LYNCH |
| | Assistant Attorney General |
| | Chief, Section II Civil Litigation |
| | |
| | /s/ David A. Jackson/s/ |
| | DAVID A. JACKSON [471535] |
| | Assistant Attorney General |
| | Office of the Attorney General |
| | 441 Fourth Street, NW, 6 South |
| | Washington, D.C. 20001 |
| | Direct Line: (202) 724-6618 |
| | Facsimile: (202) 727-3625 |