UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL L. MENTZER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-281 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES H. RAMSEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>Scheduling Order</u>**

Upon consideration of the parties' joint Report to the Court of LCvR 16.3 Conference, and the record herein, it is this _____ day of _____, 2006, hereby:

ORDERED that this case shall proceed according to the following schedule:

| | |
|---|---|
| Parties exchange initial disclosures | June 5, 2006 |
| Discovery closes | December 1, 2006 |
| Deadline for filing dispositive motions | January 15, 2007 |
| Pretrial conference | February 15, 2007 |

_____

UNITED STATES DISTRICT JUDGE