UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES H. RAMSEY, <br><br> Defendant. | Civil Action No. 06–281 (CKK) |

**ORDER**
(February 13, 2007)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 13th day of February, 2007, hereby

ORDERED that [5] Defendant Charles Ramsey's Motion to Dismiss is DENIED; it is also

ORDERED that Defendant shall file a responsive pleading by March 6, 2007; it is also

ORDERED that the Parties shall jointly file a new 16.3 Report by March 20, 2007; it is also

ORDERED that the Parties shall appear before the Court for an Initial Scheduling Conference in Courtroom 28A on April 4, 2007, at 9:00 a.m.

*/s/*
_____
COLLEEN KOLLAR-KOTELLY
United States District Judge