UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|                                        |     |                              |
|----------------------------------------|-----|------------------------------|
| MICHAEL L. MENTZER, *et al.*,          | :   |                              |
|                                        | :   |                              |
|                      Plaintiff,        | :   |                              |
|                                        | :   |                              |
|                      v.                | :   | C. A. No.1:06CV00281 (CKK)   |
|                                        | :   |                              |
| CHARLES H. RAMSEY,                     | :   |                              |
| In His Official Capacity,              | :   |                              |
|                                        | :   |                              |
|                      Defendant.        | :   |                              |

_____

**DEFENDANT'S MOTION FOR AN EXTENSION OF
TIME TO FILE RESPONSE TO THE COMPLAINT**

Defendant District of Columbia, by and through the Office of the Attorney General, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6 (b) (1) and (2) and LCvR 7 (m) to enter an order extending the time, from Tuesday March 6, 2007, up to and including Friday, March 23, 2007 for the District to file its response to the complaint.  In support of this consent motion the District states the following:

1.      This is civil action alleging employment discrimination against the District of Columbia.

2.      After denying Charles Ramsey's motion to dismiss this court ordered the District, the real party in interest, file its response to the complaint by March 6, 2007.

3.      In this case, in order for the District to file an appropriate and more informed response to the complaint the District needs additional time to do a more thorough review of its records.

4.      The District anticipates it response will dispose of the pending matter as a matter of law.

5.      If this motion is granted it will not interfere with the next scheduled court date which is April 4, 2007.

6.    Undersigned Counsel attempted to contact Counsel for Plaintiff before filing this motion but Counsel for Plaintiff could not be reached.

7.    For the reasons stated above there is good cause to grant this motion which is being filed prior to the expiration period for which the District's response to the complaint is due.

Wherefore, the District requests that this motion be granted.


Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole l. Lynch/s/_____
NICOLE L. LYNCH
Chief Civil Litigation Division Section II


/s/David A. Jackson/s/_____
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al*., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     C. A. No.1:06CV00281 (CKK) |
| | : |
| CHARLES H. RAMSEY, | : |
| In His Official Capacity, | : |
| | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S
MOTION  FOR AN EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

1.     Federal Rule of Civil Procedure 6 (b) (1) and (2)

2.     LCvR 7 (m).

3.     The inherent Powers of this Honorable Court.

4.     The entire record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/Nicole l. Lynch/s/_____
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov