UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. MENTZER, *et al.,*        )
                                                         )
    Plaintiffs,                                 )        Civil Action No. 06-281 (CKK)
                                                         )
    v.                                               )
                                                         )
CHARLES H. RAMSEY,                    )
                                                         )
    Defendant.                                )
_____ )

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs, by and through undersigned counsel, respectfully request that this Honorable Court enlarge the time for completion of an updated LCvR 16.3 Report and reschedule the Scheduling Conference in this matter. In support whereof, Plaintiffs state:

1. By Order dated February 13, 2007, the Court ordered the Defendant to respond to the Complaint by March 6, ordered the parties to file a new LCvR 16.3 Report by March 20, and ordered the parties to appear for a Scheduling Conference on April 4.

2. Subsequently, Defendant requested additional time to respond to the Complaint, until April 4; and advised that he intended to file a dispositive motion.

3. Plaintiffs' counsel attempted to discuss scheduling issues last week. However, he was advised that a new Assistant Attorney General would be responsible for this case, who was available for only a very brief conversation. In addition, without seeing the basis for the dispositive motion, it is difficult

    for Plaintiffs' counsel to engage in meaningful discussions regarding scheduling.

4. All parties agree that a slight delay will allow for better planning between he parties and a more efficient Scheduling Conference with the Court.

5. The parties therefore request that the deadline for filing an updated LCvR 16.3 Report be extended to April 16, 2007, which is ten days after the Defendant's motion is due. The parties further request that the Scheduling Conference be rescheduled to the Court's first available date thereafter.

                                      Respectfully submitted,

                                      /s/ Zachary Wolfe (DC Bar No. 463548)
                                      People's Law Resource Center
                                      1725 I Street, NW, Suite 300
                                      Washington, DC 20006
                                      (202) 265-5965 – telephone
                                      (202) 250-6712 – facsimile