UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHARLES H. RAMSEY, )<br>)<br>Defendant. )<br>_____ ) | C. A. No. 1:06-CV-00281 (CKK) |

**NOTICE OF WITHDRAWAL AND APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of David A. Jackson, Assistant Attorney General, as attorney for Charles H. Ramsey, and enter the appearance of Assistant Attorney General Toni Michelle Jackson as attorney for Charles H. Ramsey.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____/s/Toni Michelle Jackson_____
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
toni.jackson@dc.gov