UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. MENTZER, *et al.*,

    Plaintiffs,

        v.

CHARLES H. RAMSEY,

    Defendant.

C. A. No.1:06CV00281 (CKK)

### DEFENDANT'S ANSWER TO THE COMPLAINT

The defendant, by and through counsel, answers the Complaint in like numbered paragraphs.

### FIRST DEFENSE

The Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The defendants state the following in response to the individually numbered paragraphs in the Complaint:

1. Paragraph 1 contains conclusions of law and, therefore, no answer is required. To the extent that paragraph 1 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

2. The defendant denies the allegations contained in paragraph 2.

3. The defendant has insufficient information to admit or deny the allegations contained in paragraph 3 of the Complaint.

4. The defendant has insufficient information to admit or deny the allegations contained in paragraph 4 of the Complaint.

5. The Defendant admits that he was the Chief of Police of the Metropolitan Police Department. Whether Chief Ramsey was a policymaker is a question of law and, therefore, no answer is required. The Defendant admits that he is sued in his official capacity and, therefore, this suit is against the District of Columbia.

## JURISDICTION AND VENUE

6. The defendant recognizes the statutes cited in paragraph 6 but does not admit that jurisdiction is necessarily conferred thereby.

7. Paragraph 7 contains legal conclusions of the pleader and as such no answer is required. To the extent that paragraph 7 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

## FACTS COMMON TO ALL COUNTS

8. The defendant has insufficient information to admit or deny the allegations contained in paragraph 8 of the Complaint.

9. The defendant has insufficient information to admit or deny the allegations contained in paragraph 9 of the Complaint.

10. The defendant has insufficient information to admit or deny the allegations contained in paragraph 10 of the Complaint.

11. The defendant admits the allegations contained in paragraph 11 of the Complaint.

12. The defendant has insufficient information to admit or deny the allegations contained in paragraph 12 of the Complaint.

13. The defendant denies the allegations contained in paragraph 13 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

14. The defendant has insufficient information to admit or deny the allegations contained in paragraph 14 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

15. The defendant has insufficient information to admit or deny the allegations contained in paragraph 15 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

16. The defendant has insufficient information to admit or deny the allegations contained in paragraph 16 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

17. The defendant has insufficient information to admit or deny the allegations contained in paragraph 17 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

18. The defendant denies the allegations contained in paragraph 18 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

19. The defendant denies the allegations contained in paragraph 19 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

20. The defendant denies the allegations contained in paragraph 20 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

21. The defendant denies the allegations contained in paragraph 21 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

22. The defendant denies the allegations contained in paragraph 22 of the Complaint. To the extent allegations are true, the defendant denies any wrongdoing.

23. The defendant denies the allegations contained in paragraph 23 of the Complaint.

24. The defendant denies the allegations contained in paragraph 24 of the Complaint.

25. The defendant has insufficient information to admit or deny the allegations contained in paragraph 25 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

26. The defendant has insufficient information to admit or deny the allegations contained in paragraph 26 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

27. The defendant denies the allegations contained in paragraph 27 of the Complaint.

28. The defendant denies the allegations contained in paragraph 28 of the Complaint.

29. The defendant denies the allegations contained in paragraph 29 of the Complaint.

30. The defendant has insufficient information to admit or deny the allegations contained in paragraph 30 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

31. The defendant denies the allegations contained in paragraph 31 of the Complaint.

32. The defendant has insufficient information to admit or deny the allegations contained in paragraph 32 of the Complaint.

33. The defendant denies the allegations contained in paragraph 33 of the Complaint.

34. The defendant has insufficient information to admit or deny the allegations contained in paragraph 34 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

35. The defendant has insufficient information to admit or deny the allegations contained in paragraph 35 of the Complaint.

36. The defendant denies the allegations contained in paragraph 36 of the Complaint.

37. The defendant has insufficient information to admit or deny the allegations contained in paragraph 37 of the Complaint. The defendant denies any inference of any wrongdoing.

38. The defendant has insufficient information to admit or deny the allegations contained in paragraph 38 of the Complaint. The defendant denies any inference of any wrongdoing.

39. The defendant has insufficient information to admit or deny the allegations contained in paragraph 39 of the Complaint. The defendant denies any inference of any wrongdoing.

40. The defendant denies the allegations contained in paragraph 40 of the Complaint.

41. The defendant has insufficient information to admit or deny the allegations contained in paragraph 39 of the Complaint. The defendant denies any inference of any wrongdoing.

42. The defendant denies the allegations contained in paragraph 42 of the Complaint.

43. The defendant denies the allegations contained in paragraph 43 of the Complaint.

44. The defendant denies the allegations contained in paragraph 44 of the Complaint.

45. The defendant denies the allegations contained in paragraph 45 of the Complaint.

46. The defendant denies the allegations contained in paragraph 46 of the Complaint.

47. The defendant has insufficient information to admit or deny the allegations contained in paragraph 47 of the Complaint.

48. The defendant has insufficient information to admit or deny the allegations contained in paragraph 48 of the Complaint.

49. The defendant has insufficient information to admit or deny the allegations contained in paragraph 49 of the Complaint. .

50. The defendant denies the allegations contained in paragraph 50 of the Complaint.

51. The defendant has insufficient information to admit or deny the allegations contained in paragraph 51 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

52. The defendant denies the allegations contained in paragraph 52 of the Complaint

53. The defendant denies the allegations contained in paragraph 53 of the Complaint.

54. The defendant denies the allegations contained in paragraph 54 of the Complaint.

55. The defendant denies the allegations contained in paragraph 55 of the Complaint.

56. The defendant has insufficient information to admit or deny the allegations contained in paragraph 56 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

57. The defendant has insufficient information to admit or deny the allegations contained in paragraph 57 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

58. The defendant denies the allegations contained in paragraph 58 of the Complaint.

59. The defendant has insufficient information to admit or deny the allegations contained in paragraph 59 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

60. The defendant has insufficient information to admit or deny the allegations contained in paragraph 60 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

61. The defendant has insufficient information to admit or deny the allegations contained in paragraph 61 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

62. The defendant has insufficient information to admit or deny the allegations contained in paragraph 62 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

63. The defendant has insufficient information to admit or deny the allegations contained in paragraph 63 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

64. The defendant has insufficient information to admit or deny the allegations contained in paragraph 64 of the Complaint. To the extent the allegations are true, the defendant denies any wrongdoing.

65. The defendant has insufficient information to admit or deny the allegations contained in paragraph 65 of the Complaint.

66. The defendant denies the allegations contained in paragraph 66 of the Complaint.

67. The defendant denies the allegations contained in paragraph 67 of the Complaint.

68. The defendant has insufficient information to admit or deny the allegations contained in paragraph 68 of the Complaint.

69. The defendant has insufficient information to admit or deny the allegations contained in paragraph 69 of the Complaint.

70. The defendant denies the allegations contained in paragraph 70 of the Complaint.

71. The defendant denies the allegations contained in paragraph 71 of the Complaint.

72. The defendant denies the allegations contained in paragraph 72 of the Complaint.

### COUNT I: RETALIATION IN VIOLATION OF THE CIVIL RIGHTS ACT

73. The defendant repeats and re-alleges each of its answers to paragraphs 1 through 72, as if fully incorporated herein.

74. Paragraph 74 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 74 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

75. Paragraph 75 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 75 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

76. Paragraph 76 contains the legal conclusions of the pleader and, therefore, no answer is required.  To the extent that paragraph 76 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

77. Paragraph 77 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 77 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

78. The defendant denies the allegations contained in paragraph 78 of the Complaint.

79. Paragraph 79 contains the legal conclusions of the pleader and, therefore, no answer is required.  To the extent that paragraph 79 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

### COUNT II: RETALIATION IN VIOLATION OF THE D.C. WHISTLEBLOWER PROTECTION ACT

80. The defendant repeats and re-alleges each of its answers to paragraphs 1 through 79, as if fully incorporated herein.

81. The defendant denies the allegations contained in paragraph 81 of the Complaint.

82. Paragraph 82 contains the legal conclusions of the pleader and, therefore, no answer is required.  To the extent that paragraph 82 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

83. Paragraph 83 contains the legal conclusions of the pleader and, therefore, no answer is required.  To the extent that paragraph 83 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

84. Paragraph 84 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 84 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

85. Paragraph 85 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 85 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

### COUNT III: RETALIATION IN VIOLATION OF THE D.C. HUMAN RIGHTS ACT

86. The defendant repeats and re-alleges each of its answers to paragraphs 1 through 85, as if fully incorporated herein.

87. Paragraph 87 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 87 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

88. Paragraph 88 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 88 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

89. Paragraph 89 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 89 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

90. Paragraph 90 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 90 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

91. Paragraph 91 contains the legal conclusions of the pleader and, therefore, no answer is required. To the extent that paragraph 91 contains factual allegations, the defendant denies all factual allegations and demands strict proof thereof at trial.

### PRAYER FOR RELIEF

92. Paragraph 92, and its subparts, consists of a prayer for relief to which no response is required.

### THIRD DEFENSE

Further answering the Complaint, the defendant denies all allegations not specifically admitted or otherwise answered, including allegations of civil rights.

### FOURTH DEFENSE

The defendant denies all allegations of wrongdoing, including but not limited to violations of common law and/or statutory law.

### FIFTH DEFENSE

If plaintiffs were injured or damaged as alleged, such injuries were the result of their own intentional or otherwise wrongful conduct.

### SIXTH DEFENSE

Plaintiffs may have failed to fully comply with the mandatory notice requirements of D. C. Code Section 12-309 (2001).

### SEVENTH DEFENSE

Plaintiffs may have failed to exhaust their administrative remedies.

### EIGHTH DEFENSE

Plaintiffs may have failed to mitigate their damages.

### NINTH DEFENSE

The defendant's employment decisions were legitimate and non-discriminatory.

### TENTH DEFENSE

Plaintiffs' alleged complaints do not constitute protected activity under Title VII, the D.C. Whistleblower Protection Act or the D.C. Human Rights Act.

### ELEVENTH DEFENSE

The defendant asserts immunity and absence of bad faith.

### TWELFTH DEFENSE

The action may be barred by the statute of limitations.

### THIRTEENTH DEFENSE

Plaintiffs' have failed to state a claim under the D.C. Human Rights Act.

### FOURTHEENTH DEFENSE

The action may be barred by issue or claim preclusion, or not yet have accrued.

### FIFTEENTH DEFENSE

Plaintiffs would have been subjected to the alleged employment actions even if they had not engaged in protected activity.

### SIXTEENTH DEFENSE

If plaintiffs were injured and/or damaged as alleged in the Complaint, recovery for said injuries and/or damages is barred, because the plaintiffs assumed the risk of such injuries by their own willful conduct.

### SEVENTEENTH DEFENSE

All actions taken by the defendant relating to plaintiffs was necessary, reasonable, pursuant to lawful authority, and based on legitimate, non-retaliatory reasons.

**THE DEFENDANT** reserves the right to Amend its Answer.

### SET-OFF

The defendant asserts a set-off against any judgment rendered against it for all funds and services provided to or on behalf of plaintiffs.

### JURY DEMAND

The defendant hereby demands a trial by jury on all issues so triable.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> /s/Nicole L. Lynch
> NICOLE L. LYNCH (471953)
> Chief, General Litigation Section II
>
> /s/Toni Michelle Jackson
> TONI MICHELLE JACKSON (453765)
> Assistant Attorney General
> 441 Fourth Street, N.W., Suite 6S052
> Washington, D.C. 20001

        (202) 724-6602  
        (202) 727-3625 (fax)  
        E-mail: toni.jackson@dc.gov