UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 06-281 (CKK) |
| ) | |
| v. ) | |
| ) | |
| CHIEF CATHY L. LANIER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REPORT TO THE COURT OF LCVR 16.3 CONFERENCE**

The parties, by and through undersigned counsel and pursuant to LCvR 16.3(d) and this Court's Order, respectfully submit this joint report to the court and proposed scheduling order.

**1.   Dispositive Motions**

Defendant's first Rule 12 Motion was denied, and Defendant has now filed an Answer. No dispositive motions are pending. The parties agree that discovery may proceed upon completion of the initial scheduling conference.

**2.   Joinder and Amendment; narrowing of issues**

The parties do not anticipate joinder of additional parties or amendment of the pleadings. The parties agree that any other parties should be joined and/or the pleadings amended within 30 days after the Scheduling Conference. The Defendant anticipates filing a Motion to Sever in the near future. The official capacity Defendant has been automatically substituted by operation of Fed. R. Civ. P. 25(d)(1).

No factual or legal issues appear ripe for narrowing at this time.

**3.   Assignment to Magistrate Judge**

The parties do not believe this case should be assigned to a Magistrate Judge.

**4.    Settlement**

Plaintiffs are hopeful that the case may be resolved by settlement, but that serious discussions must await further discovery. Defendant reserves opinion until after discovery has commenced.

**5.    ADR**

The parties and counsel believe that ADR may be appropriate after the close of discovery, if not otherwise settled.

**6.    Resolution by summary judgment or motion to dismiss; motions deadlines**

Defendant believes that the case can be resolved by summary judgment. The deadlines for such motion should be as follows:

    a.    Dispositive Motion:    60 days after the close of expert discovery

    b.    Oppositions:    18 days after filing of dispositive motion

    c.    Replies:    11 days after filing of opposition

**7.    Initial disclosures**

Plaintiffs served initial disclosures on June 12, 2006. Defendant will serve initial disclosures prior to the initial scheduling conference in this matter.

**8.    Discovery**

The parties agree to the following discovery plan:

    a.    Fact discovery, including answers to interrogatories, document production, admissions, and depositions to be completed within 180 days after the Scheduling Conference.

    b.    The number of interrogatories to be limited to 35 per side.

    c.    The number of depositions to be limited to 5 per side.

    d. The duration of each deposition to be limited pursuant to LCvR 26.2(c).

At this time, it does not appear that a protective order is necessary.

### 9. Expert witnesses

The parties agree that expert witness reports and information should be exchanged and expert discovery should occur as follows:

  a. Plaintiff's Expert Report: 30 days after the close of fact discovery

  b. Defendant's Expert Report: 60 days after the close of fact discovery

  c. Close of Expert Discovery: 90 days after the close of fact discovery

### 10. Class Actions

This is not a class action lawsuit.

### 11. Bifurcation

The parties agree that it appears that bifurcation of trial and discovery will not be necessary in this case. However, defendant reserves the right to move to bifurcate the trial and/or discovery if the need should arise.

### 12. Pretrial conference date

The parties agree that a pretrial conference should be set, if necessary, 60 days after the Court rules upon any dispositive motion.

### 13. Trial date

The parties agree that the Court should set the trial date at the pretrial conference.

Respectfully submitted,

| | |
|---|---|
| /s/ Zachary Wolfe (463548)<br>People's Law Resource Center<br>1725 I Street, NW, Suite 300<br>Washington, DC 20006<br>(202) 265-5965<br>(202) 250-6712 – facsimile | ROBERT J. SPAGNOLETTI<br>Attorney General<br><br>GEORGE VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>   /s/Nicole L. Lynch   <br>NICOLE L. LYNCH (471953)<br>Chief, Section II<br><br>   /s/Toni Michelle Jackson   <br>TONI M. JACKSON (453765)<br>Assistant Attorney General<br>441 4th Street, NW, 6th Floor South<br>Washington, DC 20001<br>(202) 724-6602<br>Fax:  (202) 727-3625<br>toni.jackson@dc.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL L. MENTZER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-281 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| CHIEF CATHY L. LANIER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **Scheduling Order**

Upon consideration of the parties' joint Report to the Court of LCvR 16.3 Conference, and the record herein, it is this _____ day of _____, 2007, hereby:

ORDERED that this case shall proceed according to the following schedule:

1. Fact discovery, including answers to interrogatories, document production, admissions, and depositions to be completed within 180 days after the Scheduling Conference.

2. The number of interrogatories is to be limited to 35 per side. Plaintiffs may serve an additional 13 interrogatories, beyond those already propounded.

3. The number of depositions is to be limited to 5 per side.

4. The duration of each deposition is to be limited pursuant to LCvR 26.2(c).

5. Plaintiff's expert report(s) and information shall be served no later than 30 days after the close of fact discovery.

6. Defendants' expert report(s) and information shall be served no later than 60 days after the close of fact discovery.

7. All discovery on the parties' experts shall close 90 days after the close of fact discovery.

8. All dispositive motions shall be filed no later than 60 days after the close of discovery.

9. Memoranda of points and authorities in opposition to any dispositive motions shall be filed no later than 18 days after filing of the dispositive motion.

10. Reply memoranda shall be filed no later than 11 days after filing of the opposition(s).

11. A pretrial conference shall be set, if necessary, 60 days after the Court rules upon any dispositive motion.

12. The trial date should be set at the pretrial conference from 30 to 60 days after the pretrial conference.

_____
UNITED STATES DISTRICT JUDGE