UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 06-281 (CKK) |
| ) | |
| v. ) | |
| ) | |
| CHIEF CATHY L. LANIER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CONSENT MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Plaintiffs, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully request that this Honorable Court reschedule the initial scheduling conference in this matter to the week of June 18th. In support whereof, Plaintiffs state:

1. By Order dated April 18, 2007, the Court set an initial scheduling conference for May 22, 2007.

2. Plaintiffs' counsel needs to be in Oregon on that date, for personal family reasons (and had previously purchased non-refundable airline tickets).

3. Counsel for Defendant was contacted and consents to the relief requested.

4. After consulting with counsel for Defendant regarding her schedule, the parties request that the initial scheduling conference be held during the week of June 18th, or if necessary, on the Court's first available date after July 2.

Respectfully submitted,

/s/ Zachary Wolfe (DC Bar No. 463548)
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
(202) 265-5965 – telephone
(202) 250-6712 – facsimile