# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL L. MENTZER, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-281 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| CATHY LANIER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STATUS REPORT AS TO DISCOVERY PLAN

The parties, by and through undersigned counsel and pursuant to this Court's Scheduling Order of June 18, 2007, respectfully submit this joint discovery plan. After consultation, the parties agree to the following deadlines:

| | |
|---|---|
| Deadline for propounding written discovery requests | November 19, 2007 |
| Fact depositions | December 12 & 14, 2007 and January 8-10, 2008 |
| Proponent's expert witness disclosures | January 18, 2008 |
| Opponent's expert witness disclosures | February 15, 2008 |
| Expert witness depositions | March 4-6 & 11-13, 2008 |
| All discovery closed | March 21, 2008 |

Respectfully submitted,

/s/ Zachary Wolfe (463548)
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, DC 20006
(202) 265-5965
(202) 250-6712 – facsimile

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____/s/Toni Michelle Jackson_____
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
toni.jackson@dc.gov