THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*, | |
|    Plaintiffs | |
|    v. | C. A. No.1:06CV00281 (CKK) |
| CHIEF CATHY L. LANIER, | |
|    Defendants. | |

## CONSENT MOTION TO EXTEND THE SCHEDULING ORDER

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to LCvR 16.4 and Fed. R. Civ. P. 6(b), hereby respectfully moves this Court for an Order modifying the existing Scheduling Order in this matter.

A Memorandum of Points and Authorities in support of this Motion to Extend is attached hereto. On the evening of October 25, 2007, undersigned counsel spoke with plaintiff's counsel, Zachary Wolfe, to seek consent to the relief requested in this Motion. Mr. Wolfe consented to a sixty (60) day extension of the scheduling order.

Dated: November 29, 2007.        Respectfully Submitted,

LINDA SINGER
Attorney General, District of Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Lit. Div.

/s/Nicole L. Lynch_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/Toni Michelle Jackson_____

>TONI MICHELLE JACKSON  [453765]
>Assistant Attorneys General
>Office of the Attorney General
>441 Fourth Street, NW, 6 South
>Washington, D.C.  20001
>Direct Line: (202) 724-6602
>Facsimile: (202) 727-3625
>E-mail:  toni.jackson@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November 2007, I caused the foregoing DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND THE SCHEDULING ORDER to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

>Zachary Wolfe
>People's Law Resource Center
>1725 I Street, NW, Suite 300
>Washington, DC 20006

>/s/Toni Michelle Jackson
>TONI MICHELLE JACKSON
>Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al*., <br><br>    Plaintiffs <br><br>    v. <br><br> CHIEF CATHY L. LANIER, <br><br>    Defendants. | C. A. No.1:06CV00281 (CKK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO EXTEND THE SCHEDULING ORDER**

The defendant, the District of Columbia, through undersigned counsel, and pursuant to all governing rules, hereby respectfully moves this Court for an Order modifying the existing Scheduling Order in this matter. For grounds therefore, Defendant states:

1. Undersigned counsel is transferring to another section within the Office of the Attorney General beginning on November 12 and will have transferred completely by December 18, 2007; and a new attorney will begin work on this case during that time period.

2. On October 25, 2007, undersigned counsel spoke with plaintiff's counsel, Zachary Wolfe, to seek consent to the relief requested in this Motion. Mr. Wolfe consented to a sixty (60) day extension of the scheduling order.

3. Since the parties have not yet begun depositions in this matter, defendant requests an extension of the scheduling order for a total of sixty (60) days to give the new attorney time to become acquainted with this case and to participate in the depositions in this matter.

3

4. LCvR 16.4 provides that "the court may modify the scheduling order at any time upon a showing of good cause. *See* LCvR 16.4.

5. Because the parties have not taken any depositions, the District seeks entry of the following proposed modifications to the Scheduling Order:

|  | Old Date | Proposed Date |
|---|---|---|
| Fact Depositions | 12/12/07-12/14/2007 | 02/12/08-02/14/2008 |
|  | 01/8/08-01/10/2008 | 03/10/08-03/13/2008 |
| Proponent's Rule 26(A)(2) Disclosures | 01/18/2008 | 03/18/2008 |
| Defendant's Rule 26(A)(2) Disclosures | 02/15/2008 | 05/15/2008 |
| Expert Witness Depositions | 03/14-23/2008 | 05/15-30/2008 |
| Discovery Closed | 03/21/2008 | 05/30/2008 |
| Post Discovery Status Hearing | 05/16/2008 | 7/16/2008 |
| Deadline For Filing Dispositive Motions | None | 07/30/2008 |

6. The extension of the Scheduling Order is for good cause and with the consent of plaintiff, as set forth above.

Dated: November 29, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General, District of Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Lit. Div.

/s/Nicole L. Lynch
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/Toni Michelle Jackson
TONI MICHELLE JACKSON  [453765]
Assistant Attorneys General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6602
Facsimile: (202) 727-3625
E-mail:  toni.jackson@dc.gov

4

THE UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al*., | |
| Plaintiffs | |
| v. | C. A. No.1:06CV00281 (CKK) |
| CHIEF CATHY L. LANIER, | |
| Defendants. | |

### O R D E R

Upon consideration of District's Consent Motion to extend the scheduling order, and the record herein, it is this _____ day of _____, 2007,

ORDERED: that said Motion be, and the same hereby is, GRANTED, and that the schedule is amended as follows:

| | |
|---|---|
| Fact Depositions | 2/12-14/2008and 03/10-13/2008 |
| Proponent's Rule 26(A)(2) Disclosures | 03/18/2008 |
| Defendant's Rule 26(A)(2) Disclosures | 05/15/2008 |
| Expert Witness Depositions | 05/15-30/2008 |
| Discovery Closed | 05/30/2008 |
| Post Discovery Status Hearing | 7/16/2008 |
| Deadline For Filing Dispositive Motions | 07/30/2008 |

_____
JUDGE COLLEEN KOLLAR KOTELLY