THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*, | |
| Plaintiffs | |
| v. | C. A. No.1:06CV00281 (CKK) |
| CHIEF CATHY L. LANIER, | |
| Defendants. | |

ORDER

Upon consideration of District's Consent Motion to extend the scheduling order, and the record herein, it is this 29th day of _Nov_, 2007,

ORDERED: that said Motion be, and the same hereby is, GRANTED, and that the schedule is amended as follows: *No further extensions*

| | |
|---|---|
| Fact Depositions | 2/12-14/2008 and 03/10-13/2008 |
| Proponent's Rule 26(A)(2) Disclosures | 03/18/2008 |
| Defendant's Rule 26(A)(2) Disclosures | 05/15/2008 |
| Expert Witness Depositions | 05/15-30/2008 |
| Discovery Closed | 05/30/2008 |
| Post Discovery Status Hearing | 7/16/2008 *at 9:00 am.* |
| ~~Deadline For Filing Dispositive Motions~~ | ~~07/30/2008~~ |

_____
JUDGE COLLEEN KOLLAR KOTELLY

5