UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MICHAEL L. MENTZER and
LEO W. SCULLY, JR.,

    Plaintiffs,

v.      Civil Action No. 06-00281 (CK)

DISTRICT OF COLUMBIA,

    Defendant.

_____

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Toni Michelle Jackson, as attorney for the District of Columbia, and enter the appearance of Assistant Attorney General Alex Karpinski as attorney for the District of Columbia.

    Respectfully submitted,

    LINDA SINGER
    Attorney General

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/ Nicole Lynch___
    NICOLE LYNCH [471953]
    Section Chief
    General Litigation Section II

    _____/s/ Alex Karpinski_
    ALEX KARPINSKI [1]
    (Michigan Bar No. P58770)

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of January, 2008, I caused the foregoing PRAECIPE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Zachary Wolfe
People's Law Resource Center
1725 I Street, NW, Suite 300
Washington, D.C. 20006

       /s/Alex Karpinski
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.