UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. MENTZER, *et al.*,    ) | |
|        ) | |
|    Plaintiffs,     ) | Civil Action No. 06-281 (CKK) |
|        ) | |
|    v.      ) | |
|        ) | |
| CATHY L. LANIER,    ) | |
|        ) | |
|    Defendant.    ) | |
| _____ ) | |

**CONSENT MOTION FOR LEAVE TO TAKE DEPOSITION OUTSIDE THE DISCOVERY PERIOD**

Plaintiffs, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 16, respectfully request that this Honorable Court grant leave to conduct a deposition outside the discovery period. In support whereof, Plaintiffs state:

1. Discovery is scheduled to close in this matter on May 30, 2008.

2. The parties have diligently pursued discovery, which is nearly complete.

3. A key fact witness in this action is Cathy Lanier, who was appointed Chief of Police after the time of the events at issue. Naturally, the Chief's schedule is such that she has limited availability, and the parties were unable to identify a mutually convenient date for her deposition prior to the close of discovery.

4. The parties have now agreed to June 9 for Chief Lanier's deposition.

5. No other deadline or court event will need to be changed, the action will not be delayed, and no party will be prejudiced by conducting the deposition six days outside the discovery period.

6. Counsel for Defendant consents to the relief requested.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant leave to conduct the deposition of Chief Lanier outside the discovery period.

        Respectfully submitted,

        /s/Zachary Wolfe (DC Bar No. 463548)
        People's Law Resource Center
        1725 I Street, NW, Suite 300
        Washington, DC 20006
        (202) 265-5965 – telephone
        (202) 250-6712 – facsimile